McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America





IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REAL PROPERTY LOCATED AT 5205 BEAR CREEK ROAD, GARDEN VALLEY, CALIFORNIA, EL DORADO COUNTY, APN: 062-420-40, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and<br><br>APPROXIMATELY $37,750.00 IN U.S. CURRENCY,<br><br>　　　　　Defendant. | 2:08-CV-01113-GEB-DAD<br><br>ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM* |

　　　WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on May 21, 2008, in the United States District Court for the Eastern District of California, alleging that the defendant approximately $37,750.00 in U.S. Currency (hereafter "defendant currency") is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. § 841 *et seq.*;

　　　And, the Court being satisfied that, based on the Verified

Complaint for Forfeiture *In Rem* and the affidavit of Drug Enforcement Administration Task Force Officer, Larren R. Nelson, there is probable cause to believe that the defendant currency so described constitutes property that is subject to forfeiture for such violation(s), and that grounds for issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

    IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant currency.

Dated: May 21, 2008

_GREGORY G. HOLLOWS_
GREGORY G. HOLLOWS
United States Magistrate Judge