McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:08-CV-01113-GEB-DAD |
| ) | |
| Plaintiff, ) | APPLICATION AND ORDER FOR |
| ) | PUBLICATION |
| v. ) | |
| ) | |
| REAL PROPERTY LOCATED AT 5205 ) | |
| BEAR CREEK ROAD, GARDEN VALLEY, ) | |
| CALIFORNIA, EL DORADO COUNTY, ) | |
| APN: 062-420-40, INCLUDING ) | |
| ALL APPURTENANCES AND ) | |
| IMPROVEMENTS THERETO, and ) | |
| ) | |
| APPROXIMATELY $37,750.00 IN ) | |
| U.S. CURRENCY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

   The United States of America, Plaintiff herein, applies for an order of publication as follows:

   1.   Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation, designated by order of the Court;
/////

1

1        2.   Local Rule 83-171, Eastern District of California,
2   provides that the Court shall designate by order the appropriate
3   newspaper for publication;
4        3.   The defendant real property is located in the city of
5   Garden Valley, in El Dorado County, California, and the defendant
6   currency was seized in the city of Garden Valley, in El Dorado
7   County, California.  The Drug Enforcement Agency published notice
8   of the nonjudicial forfeiture of the defendant currency on
9   December 24 and 31, 2007 and January 7, 2008 in the <u>Wall Street
10  Journal</u>.
11       4.   Plaintiff proposes that publication be made as follows:
12            a.   Four publications;
13            b.   In the following newspaper, a legal newspaper of
14  general circulation, located in the county in which the defendant
15  real property is located and in the county in which the defendant
16  currency was seized: <u>Mountain Democrat</u>;
17            c.   The publication to include the following:
18                 (1)  The Court, title and number of the action;
19                 (2)  The date of posting of the real property and
20  arrest/seizure of the currency;
21                 (3)  The identity and/or description of the real
22  property posted and the currency arrested/seized;
23                 (4)  The name, address, and telephone number of
24  the attorney for the Plaintiff;
25                 (5)  A statement that claims of persons entitled
26  to possession or claiming an interest pursuant to Supplemental
27  Rule G(5) must be filed with the Clerk and served on the attorney
28  for the Plaintiff within 30 days after the date of publication;

          (6)  A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.")  must be filed and served within 20 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered;

          (7)  A statement that applications for intervention under Fed. R. Civ. P., Rule 24 by persons claiming maritime liens or other interests shall be filed within the 30 days allowed for claims for possession; and

          (8)  The name, address, and telephone number of the U.S. Marshal and/or Department of Treasury.

Dated: May 20, 2008      McGREGOR W. SCOTT
                                 United States Attorney


                                 /s/Kristin S. Door
                                 KRISTIN S. DOOR
                                 Assistant U.S. Attorney


                                 **ORDER**

**IT IS SO ORDERED.**

DATED: May 23, 2008.

                                 _/s/ Dale A. Drozd_
                                 DALE A. DROZD
                                 UNITED STATES MAGISTRATE JUDGE


Ddad1/orders.civil/U.S.v.RealProperty1113.ord