1  BENJAMIN B. WAGNER
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America

6

7

8                IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )
                                   )   2:08-cv-01113 GEB/DAD
12           Plaintiff,            )
                                   )   STIPULATION TO STAY FURTHER
13      v.                         )   PROCEEDINGS AND ORDER
                                   )   THEREON [PROPOSED]
14  REAL PROPERTY LOCATED AT 5205  )
    BEAR CREEK ROAD, GARDEN VALLEY,)
15  CALIFORNIA, EL DORADO COUNTY,  )
    APN: 062-420-40, INCLUDING     )
16  ALL APPURTENANCES AND          )
    IMPROVEMENTS THERETO, and      )
17                                 )
    APPROXIMATELY $37,750.00 IN     )
18  U.S. CURRENCY,                 )   DATE: September 20, 2010
                                   )   TIME: 9:00 a.m.
19           Defendants.           )   COURTROOM: 10, 13th Fl.
    _____)

20

21       Plaintiff United States of America and claimants Rollie and

22  Sharlynn Trout and J.P. Morgan Bank, N.A.,[1] request that the

23  Court enter an order extending the existing stay of all further

24  proceedings until December 1, 2010, because a related criminal

25  case is still pending in El Dorado County (People v. Rollie

26  _____

27       [1]   J.P. Morgan Bank, N.A. acquired certain assets and
    liabilities of the lienholder, Washington Mutual Bank, from the
28  FDIC acting as receiver.

1   <u>William Trout and Scharlynn Trout</u>, El Dorado County No.

2   P08CRF0018).

3        This request is based on the following:

4        1.   Counsel for plaintiff contacted the El Dorado County

5   District Attorney's Office on September 2, 2010, and was advised

6   that trial is now scheduled for September 14, 2010, in the

7   criminal action against claimants Rollie and Scharlynn Trout.

8        2.   Pursuant to 18 U.S.C. §§ 981(g)(1) and 21 U.S.C. §

9   881(i) the United States is entitled to a stay if the court

10  determines that civil discovery will adversely affect the ability

11  of the government to conduct a related criminal investigation or

12  the prosecution of a related case.  The United States contends

13  that the defendant real property was used to facilitate a

14  violation of federal drug laws (possession with intent to

15  distribute marijuana) and is therefore forfeitable to the United

16  States.  The United States intends to depose the Trouts about the

17  claims they filed in this case and the facts surrounding the

18  presence of over 37 pounds of processed marijuana on the

19  defendant property.  If discovery proceeds, claimants would be

20  placed in the difficult position of either invoking their Fifth

21  Amendment right against self-incrimination and losing the ability

22  to protect their interest in the defendant property, or waiving

23  their Fifth Amendment rights and submitting to depositions and

24  potentially incriminating themselves in the pending criminal

25  matter.  If claimants invoke their Fifth Amendment rights, the

26  United States will be deprived of the ability to explore the

27  factual basis for the claims they filed in this action and the

28  defenses raised in their Answers.

1      3.   If this case proceeds at this time, claimants Rollie

2  and Sharlynn Trout will attempt to depose law enforcement

3  officers who were involved in the execution of the state search

4  warrant at the defendant property.   Allowing depositions of these

5  officers would adversely affect the ability of the El Dorado

6  County authorities to conduct its related criminal prosecution.

7      4.  Accordingly, the parties contend that proceeding with

8  this action at this time has potential adverse affects on the

9  prosecution of the related criminal case and/or upon claimants'

10  ability to prove their claim to the property and to contest the

11  government's allegations that the property is forfeitable.   For

12  these reasons, the parties request that this matter be stayed

13  until December 1, 2010.   At that time the parties will advise

14  the Court whether a further stay is necessary.

15

16  DATED: September 2, 2010       BENJAMIN B. WAGNER
                              United States Attorney

17

18                             By:   /s/ Kristin S. Door
19                                KRISTIN S. DOOR
                                Assistant U.S. Attorney
20                                Attorneys for plaintiff

21

22  DATED: September 2, 2010       /s/ John Balazs
                                JOHN BALAZS
23                                (As authorized on 09/02/10)
                                Attorney for claimants
24                                Rollie and Scharlynn Trout

25

26

27  //

28  //

                    STIPULATION TO STAY FURTHER
                  PROCEEDINGS AND ORDER (PROPOSED)

1   DATED: September 2, 2010                    SCOTT J. STILMAN

2

3                                        By:  /s/ Scott J. Stillman
                                              SCOTT J. STILLMAN
4                                             (As authorized on 09/02/10)
                                              Attorney for claimant
5                                             JPMorgan Chase Bank, N.A.,
                                              an acquirer of certain assets
6                                             and liabilities of Washington
                                              Mutual Bank from the FDIC
7                                             acting as receiver

8

9                                    **ORDER**

10        Good cause having been shown, the Status (Pretrial

11   Scheduling) Conference scheduled for September 20, 2010, is

12   continued to December 13, 2010, at 9:00 a.m.  The parties shall

13   submit a joint scheduling report fourteen days prior to the

14   hearing.

15   IT IS SO ORDERED.

16
     Dated:  September 2, 2010
17

18                                   _____
                                     GARLAND E. BURRELL, JR.
19                                   United States District Judge

20

21

22

23

24

25

26

27

28