John Balazs, Bar No. 157287
Attorney At Law
916 Second Street, Suite F
Sacramento, CA 95816
(916) 447-9299
John@Balazslaw.com
Attorney for Claimants Rollie and Scharlynn Trout

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-cv-1113 GEB-DAD |
| Plaintiff, | |
| v. | [PROPOSED] ORDER RE ATTORNEY'S FEES |
| REAL PROPERTY LOCATED AT 5205 BEAR CREEK ROAD, GARDEN VALLEY, CALIFORNIA, EL DORADO COUNTY, APN: 062-420-30, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and APPROXIMATELY $37,750 IN U.S. CURRENCY, | |
| Defendant. | |

    The court-appointed attorney for the Claimants in this civil asset forfeiture case has filed a motion seeking attorney's fees in the amount of $ 1,292.00, to which the government does not object.  As the rate of compensation and hours

worked and billed for appear reasonable and appropriate, it is hereby ORDERED that:

    1.    The Claimants' motion for allowance of attorney's fees is GRANTED, and;

    2.    Judgment for attorney's fees in the amount of $ 1,292.00 is entered in favor of the Legal Services Corporation and against the United States. Payment is to be made directly to claimants' counsel John Balazs.

    IT IS SO ORDERED.

**Date:  11/10/2011**

                                                  GARLAND E. BURRELL, JR.
                                                United States District Judge