John Balazs, Bar No. 157287
Attorney At Law
916 Second Street, Suite F
Sacramento, CA 95816
(916) 447-9299
John@Balazslaw.com
Attorney for Claimants Rollie and Scharlynn Trout

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 08-cv-1113 GEB-DAD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | [PROPOSED] ORDER RE |
| | ) | ATTORNEY'S FEES |
| REAL PROPERTY LOCATED AT | ) | |
| 5205 BEAR CREEK ROAD, GARDEN | ) | |
| VALLEY, CALIFORNIA, EL DORADO | ) | |
| COUNTY,  APN: 062-420-30, | ) | |
| INCLUDING ALL APPURTENANCES | ) | |
| AND IMPROVEMENTS THERETO, and | ) | |
| | ) | |
| APPROXIMATELY $37,750 IN U.S. | ) | |
| CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

The court-appointed attorney for the Claimants in this civil asset forfeiture case has filed a motion seeking attorney's fees in the amount of $ 1,292.00, to which the government does not object.  As the rate of compensation and hours

1

worked and billed for appear reasonable and appropriate, it is hereby ORDERED that:

    1.    The Claimants' motion for allowance of attorney's fees is GRANTED, and;

    2.    Judgment for attorney's fees in the amount of $ 1,292.00 is entered in favor of the Legal Services Corporation and against the United States.  Payment is to be made directly to claimants' counsel John Balazs.

    IT IS SO ORDERED.

**Date:  11/10/2011**

                                          GARLAND E. BURRELL, JR.
                                          United States District Judge